

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re Ulysses Harris

No. 06-18-00015-CV

Original Habeas Proceeding

Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the application for writ of habeas corpus.

RENDERED APRIL 11, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk